June 11, 2013



# JUDGMENT

# 𝕿𝖍𝖊 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

NUSTAR ENERGY, L.P., AND KANEB MANAGEMENT COMPANY, L.L.C.,
Appellants

NO. 14-12-00657-CV                 V.

DIAMOND OFFSHORE COMPANY, Appellee

_____

      This cause, an appeal from the interlocutory summary signed June 18, 2012 in favor of appellee Diamond Offshore Company and made final as a result of the severance order signed March 21, 2013, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

      We further order that all costs incurred by reason of this appeal be paid by appellee Diamond Offshore Company.

      We further order this decision certified below for observance